# Order

Michigan Supreme Court
Lansing, Michigan

July 6, 2012

142379

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 142379
COA: 301076
Kent CC: 2009-004566-FH

RIGO ALEKSANYAN,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 28, 2010 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Chaidez v United States*, cert gtd ___ US ___; 132 S Ct 2101; ___ L Ed 2d ___ (2012), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2012

                Clerk

h0703